**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ashley Hagenkord, et al., | ) | No. CIV 06-2247-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Continental Tire North America Inc., | ) | |
| Defendant. | ) | |

Having considered the request of Defendant Continental Tire North America Inc. to allow Ken Wittenauer, Esq., to appear telephonically at the Rule 16 Preliminary Pretrial Conference on April 19, 2007 at 4:00 p.m. before this Court, and for good cause shown,

**IT IS ORDERED** that Ken Wittenauer may appear telephonically at the April 19th Rule 16 Conference. Mr. Wittenauer shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 13th day of April, 2007.

Stephen M. McNamee
United States District Judge