**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ashley Hagenkord, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Continental Tire North America, Inc., et al.,<br><br>   Defendants. | No. CV-06-2247-PHX-SMM<br><br>**ORDER** |

The Court, having received the parties' Stipulation to Extend Time for Disclosure of Defendant's Damages Experts (Dkt. 35),

**IT IS HEREBY ORDERED** that Defendant Continental Tire North America, Inc. shall have up to and until **April 28, 2008** in which to disclose the identity of any witnesses who may testify on Plaintiffs' claimed damages pursuant to Rules 701, 702, 703, 704, or 705 of the Federal Rules of Evidence, as well as those matters required by Rule 26(a)(2)(B), Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Plaintiffs shall have up to and until May 26, 2008 to disclose the identities and reports of any experts who may testify in rebuttal to those damages experts disclosed by Defendant.

//

//

1   **IT IS FURTHER ORDERED** that no other dates set forth in the Scheduling
2   Order dated April 20, 2007 (Dkt. 13) shall be affected by this Order.
3   DATED this 15th day of February, 2008.

_____
Stephen M. McNamee
United States District Judge